**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JEREMY WAYNE GLADDEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-252 |
| | § | |
| ANGELINA COUNTY JAIL, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jeremy Wayne Gladden, a pretrial detainee confined at the Angelina County Jail, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the Petition without prejudice to allow Petitioner to exhaust available state court remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Petitioner's claims are unexhausted because he has not presented any of his claims to the Texas Court of Criminal Appeals. Petitioner asserts that he filed multiple

motions and a habeas petition in the trial court, but has not received rulings from the court. Without a ruling on the merits, Petitioner is not able to appeal. Petitioner could, however, file a petition for writ of mandamus to require the trial court to rule on his habeas petition. *Ex parte Cayetano-Vazquez*, No. 08-23-00196-CR, 2023 WL 8609282, at *6 (Tex. App.–El Paso, Dec. 12, 2023, no pet.) (unpublished).

## ORDER

Accordingly, Petitioner's objections (#12) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#11) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 15th day of June, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE